FILED
SUPERIOR COURT
OF GUAM

2022 APR 28 AM 10: 57

CLERK OF COURT

BY:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF DISPOSITION OF THE BODY OF BERNADITA SANCHEZ DELA CRUZ, <br><br> Deceased, <br><br> by <br><br> STEVEN DELA CRUZ, <br><br> Petitioner. | **Superior Court Case No. SP0056-22** <br><br> **DECISION AND ORDER GRANTING EX PARTE APPLICATION OF DISPOSITION OF THE BODY OF BERNADITA DELA CRUZ** |

The family of Bernadita Sanchez Dela Cruz asks the Court to determine which of her children is authorized to handle their mother's remains. Upon reviewing the relevant law, the legal standards for the next-of-kin's disposition of remains, and the evidence of Bernadita's wishes, the Court determines that Bernadita wished to be buried in Saipan. Therefore, the Court GRANTS the application by Steven Dela Cruz for authorization to receive her remains for transport to Saipan.

### I. FACTUAL BACKGROUND

A long-time resident of Saipan, Bernadita passed away in Guam on April 16, 2022. She has twelve children (biological and legally adopted), ten of which are still living. Her husband of fifty years is buried in Saipan. Up until the months and weeks before her passing, she expressed to many of her children that she wished to be buried on top of her husband.

Six years before her passing, Bernadita moved to Guam for medical treatment. Her eldest son, Steven, testified that she refused to move unless Steven promised to bring her back to

be buried with her husband.

During her time in Guam, Bernadita was cared for by her daughter Martina Cruz. Martina claims that while Bernadita had expressed wanting to be buried in Saipan along with her late husband, she recently had changed her mind. According to Martina, because her other children did not visit her,[1] Bernadita gave Martina the discretion to bury her as long as she was buried in a specific coffin with the 50th anniversary clothing of her late husband placed therein. Martina's daughter, Chevelle Camacho-Wauson, testified that her grandmother told her she did not care where she was buried because her husband's spirit would find her.

Bernadita did not tell any of her other children that she had changed her mind. Jeffrey Dela Cruz testified that his mom never told him she wanted Martina to make these decisions. There is also no evidence that Bernadita left written instructions on how to handle her remains.

Steven asks that he be authorized to handle Bernadita's remains. He intends to return her body to Saipan for burial in a plot adjacent to her husband's plot and has paid for mortuary and transport services.[2] Ex Parte App., Ex. C (Apr. 25, 2022). All living children, except for Martina, support Steven's intentions.

Martina also asks for authority to handle her mother's remains. Martina initially made plans to bury Bernadita in Saipan but changed her mind because of issues related to clearances and travel, as well as a lack of communication from her siblings.[3] Martina advises that she has

---

[1] Martina also testified that Bernadita changed her mind because the Catholic religion prohibits the burial of more than one body within the same plot during a certain period of time. Steven disputes this prohibition and contends that there is no obstacle to his plan to bury his mom next to his dad.

[2] Martina contends that because the burial plot is adjacent, and not on top of, Bernadita's husband, it does not fulfill Bernadita's wishes.

[3] Several siblings testified that Martina told them she was going to make the funeral plans on her own and that there was no time to debate.

already held rosaries and has scheduled and paid for a viewing, a mass, and a burial in Guam.

She also prepared a funeral announcement, although it omits mention of at least one of the

siblings. She chose not to consult any of her siblings in making these plans. She asks that she be

allowed to proceed with her plans and will give all siblings access to the ceremonies.

The Court heard Steven's application on April 27, 2022. It heard testimony from

Bernadita's children Jeffrey, Jianna Dela Cruz, Anna Belle C. Frohman, Steven, Martina,

Jennifer C. Cepeda, as well as Chevelle and Steven's wife, Rose Dela Cruz. It also reviewed

affidavits submitted by Bernadita's children Martin Dela Cruz, Carmen C. Taisacan, Rosemarie

C. Manalo, and Joshua S. Dela Cruz. Ex Parte App., Ex. B.

## II.    LAW AND DISCUSSION

Guam law does not provide guidance on how a Court must determine conflicting claims

to a decedent's remains. It allows that if there is more than one person in a class who are equal

in priority to receive the remains, and the mortician has no knowledge of any objections by other

members of the class, the mortician shall act according to the instructions of the first person in

the class to make arrangements. 10 GCA § 4A102(f). Because the law gives no further

guidance on how to decide among conflicting claims, the Court reviews prevailing and majority

standards. Generally, the wishes of the decedent are given preference. 22A Am. Jur. 2d Dead

Bodies § 24 (citing a collection of cases).

As the children of Bernadita, Steven and Martina have equal stature in their right to

receive Bernadita's remains. The Court therefore reviews what Bernadita expressed as her wish

for handling her body.

It is undisputed that Bernadita told all her children that she wanted to be buried in Saipan. While Martina claims that Bernadita changed her mind and gave all discretion to Martina, no other witness (including Martina's daughter) testified to hearing Bernadita express her changed preference for Martina to make these decisions. Also, other witnesses communicated with Bernadita in the weeks before her passing and thus had opportunities to learn if Bernadita had reconsidered her wish.

The Court respects Bernadita's long-expressed wish to be buried in Saipan, confirmed by all of her children who testified. Steven has arranged for a plot next to Bernadita's husband, which, although it may not be within the same plot, appears to be closely consistent with her wishes to have her final resting place along with her husband.

## III.    CONCLUSION AND ORDER

The Court GRANTS Steven's application and ORDERS that Steven Dela Cruz be authorized to control the disposition of the body of Bernadita Sanchez Dela Cruz. Bernadita's death certificate and remains shall be released to Steven, who shall assume the responsibility for a proper burial in Saipan in accordance with her wishes.

SO ORDERED this 28th day of April 2022.

_____
**HON. ELYZE M. IRIARTE**
**Judge, Superior Court of Guam**

Appearing Parties:
Victorino DLG Torres, Esq., Pacific Legal Team, P.C., for Petitioner Steven Dela Cruz
Martina Dela Cruz, self-represented